In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-262 CR


____________________



LAURETTE ARNAUD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 99176






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Laurette Arnaud, to dismiss
her appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant
personally and joined by counsel of record. No opinion has issued in this appeal. The
motion is granted, and the appeal is therefore dismissed.

 APPEAL DISMISSED. 


 _____________________________ STEVE McKEITHEN

 Chief Justice


Opinion Delivered June 25, 2008

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.